IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Selmon,<br><br>           Plaintiff,<br><br>vs.<br><br>Tenet Healthcare Corporation, et al.,<br><br>           Defendants. | No. CV-15-01549-PHX-SPL<br><br>**ORDER** |

      Before the Court is the parties' Stipulation of Dismissal (Doc. 21). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 21) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall **terminate** this action.

Dated this 9th day of December, 2015.

                                              Honorable Steven P. Logan
                                              United States District Judge